# IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
|---|---|
| DIANE JEAN DAVIS,<br>　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　Respondent. | No. 72054 |
| DIANE JEAN DAVIS,<br>　　　　　　Appellant,<br>　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　Respondent. | No. 72260 |

FILED

APR 11 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL IN DOCKET NO. 72260

Docket No. 72054 is an appeal from a judgment of conviction. Docket No. 72260 is an appeal from an order denying a presentence motion for a directed verdict and an order denying a presentence motion for new trial. Fifth Judicial District Court, Nye County; Robert W. Lane, Judge.

Appellant has responded to our order of March 1, 2017, in Docket No. 72260 directing her to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant concedes that no appeal lies from an order denying a presentence motion for directed verdict or from an order denying a motion for new trial. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (the right to appeal is statutory; where no statute or court rule provides for an appeal, no right to appeal exists); *State v. Harris*, 131 Nev., Adv. Op. 56, 355 P.3d 791 (2015) (an order denying a presentence motion for a new trial is an intermediate order that can be appealed from the judgment of conviction). Accordingly, we dismiss the appeal in Docket No. 72260. Appellant may raise issues

17-12020

based on the presentence motions in her appeal from the judgment of conviction in Docket No. 72054.

We deny the motions to consolidate these appeals.

It is so ORDERED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:  Hon. Robert W. Lane, District Judge
     Law Office of Lisa Chamlee, Ltd.
     Attorney General/Carson City
     Nye County District Attorney
     Nye County Clerk